|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |
| DAVID POULIN,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>                Defendant. | CASE NO. 3:16-cv-05752-DWC<br><br>ORDER ON PLAINTIFF'S STIPULATED MOTION FOR EAJA FEES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 6; Consent to Proceed Before a United States Magistrate Judge, Dkt. 7. This matter is before the Court on Plaintiff's Stipulated Motion for EAJA Fees. Dkt. 21.

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's Motion (Dkt. 21), the Declaration of Janet Leanne Martinez (Dkt. 21, Exh. 2), attorney time and expense itemizations (Dkt. 21, Exh. 1), Plaintiff's declaration of net worth and assignment of an EAJA fee award (Dkt. 21, Exh. 3) and the relevant record, the Court orders EAJA attorney's fees

of $4,605.05 and expenses of $3.64, for a total of $4,608.69, be awarded to Plaintiff pursuant to EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524 (2010) ("EAJA Award").

The Acting Commissioner agrees to contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Douglas Drachler McKee & Gilbrough. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, Janet Leanne Martinez, at Douglas Drachler McKee & Gilbrough, 1904 3 Ave., Ste. 1030, Seattle, WA 98101.

Dated this 27th day of April, 2017.

David W. Christel
United States Magistrate Judge